ACCEPTED
01-15-00435-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 6:31:36 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-435-CV

## IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 6:31:36 PM
CHRISTOPHER A. PRINE
Clerk

## FIRST DISTRICT OF TEXAS, HOUSTON

IRVING DROBNY, as representative of NAIU and NAIC,
Appellant

v.

AMERICAN NATIONAL INSURANCE COMPANY,
Appellee

## APPELLEE'S BRIEF

Janet L. Rushing
State Bar No. 17403100
Roni S. Mihaly
State Bar No. 24027899
David J. Booth
State Bar No. 24034333
Greer, Herz & Adams, L.L.P.
2525 South Shore Blvd., Suite 203
League City, Texas 77539
(409) 797-3204 (Phone)
(281) 538-3791 (Fax)

ORAL ARGUMENT REQUESTED

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4, I certify that there are 6,930 words in this document, excepting those portions of the brief listed in Rule 9.4(i)(1), as calculated by the word count feature of Microsoft Word 2010, which was used to prepare this document.

/s/ Roni S. Mihaly
Roni S. Mihaly

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of October, 2015, a copy of the foregoing document was served pursuant to the Texas Rule of Appellate Procedure 9.5 upon the following counsel:

**Via E-File and Commerical Delivery Service**

Ms. Savannah Robinson
Law Offices of Savannah Robinson
1822 Main
Danbury, Texas 77534

/s/ Roni S. Mihaly
Roni S. Mihaly